**Santos ANAYA, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28444.

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

The conviction is for the unlawful possession of a narcotic drug, to wit: marijuana; the punishment, 3 years' confinement in the penitentiary.

(1) The statement of facts appearing in the record is not shown to have been filed with the clerk of the trial court as required by art. 759a, § 4, Vernon's Ann. C.C.P., and therefore cannot be considered. Riley v. State, Tex.Cr.App., 264 S.W.2d 437.

(2) There are no bills of exception, and the proceedings appear to be regular; therefore, nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.